**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL BRANDON, | Case No. 2:22-cv-03978-AB-PVC |
| Plaintiff, | District Judge: Andre Birotte Jr. |
| vs. | [~~PROPOSED~~] **JUDGMENT** |
| FCA US, LLC; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff CHERYL BRANDON ("Plaintiff") accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 1, 2024.

Accordingly, the Court enters **JUDGMENT** in favor of Plaintiff in the amount of $55,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: May 02, 2024

_____
Hon. Andre Birotte Jr.
District Judge