# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL BRANDON,<br><br>    Plaintiff,<br><br>    vs.<br><br>FORD MOTOR COMPANY; , and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-03978-AB-PVC<br><br>Hon. Andre Birotte Jr.<br><br>**[PROPOSED] ORDER** |

    Plaintiff CHERYL BRANDON ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $11,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

    Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $11,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by January 27, 2025. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

    **IT IS SO ORDERED.**

Date: December 3, 2024

                                                    Hon. Andre Birotte Jr.
                                                    United States District Judge